# In the United States Court of Federal Claims

No. 02-1078L

(Filed May 24, 2021)

```
* * * * * * * * * * * * * * * * * * * * * *
                                          *
GARY BAILEY,                              *
                                          *
                    Plaintiff,            *
                                          *
          v.                              *
                                          *
THE UNITED STATES,                        *
                                          *
                    Defendant.            *
                                          *
* * * * * * * * * * * * * * * * * * * * * *
```

## <u>ORDER</u>

In light of the statement noting plaintiff's death, ECF No. 163, and the motion for substitution, ECF No. 164, the Court hereby **STAYS** consideration of the motion to dismiss this case, ECF No. 145, pending determination of the proper party to litigate this matter.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Senior Judge